■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SANDY THOMAS, Appellant.— Judgment unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, Frank, McNally and Stevens, JJ.

■ BESSIE SAMPSON, Appellant, v. PULLMAN COMPANY et al., Respondents.—Although we are satisfied that there is an obligation on the part of the defendant, in the nature of a quasi-bailee, with respect to the luggage of passengers which may not under some circumstances be limited to the period when passengers are asleep at night, as in Goldstein v. Pullman Co. (220 N. Y. 549), we do not reach the question here. (See, also, 13 C. J. S., Carriers, § 914.) There is sufficient proof in the record to support a finding that the plaintiff failed to prove her freedom from contributory negligence. Under the circumstances, the determination of the Appellate Term is unanimously affirmed on the facts and the law, with costs to the respondents. Concur — Breitel, J. P., Rabin, Frank, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. IRVING LIPSCHULTZ, Also Known as ISIDORE LIPSCHULTZ, Appellant.— Order unanimously affirmed. No opinion. Concur — Breitel, J. P., Rabin, Frank, McNally and Stevens, JJ.

■ In the Matter of the Arbitration between JOHN POST CONSTRUCTION CORP., Respondent, and GOOD HUMOR CORPORATION, Appellant.— Order and judgment unanimously affirmed, with costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin and McNally, JJ. [9 Misc 2d 392.]

■ 4370 PARK AVENUE CORP., Respondent, v. HUNTER PAPER CO., INC., Appellant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Frank and McNally, JJ. [10 Misc 2d 1078.]

■ LOUIS LOWE, Respondent, v. SAM FELDMAN, as President of Newspaper and Mail Deliverers' Union of New York and Vicinity, Appellant.— Judgment unanimously affirmed, with costs to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Frank and McNally, JJ. [11 Misc 2d 8.]

■ MURRAY W. GARSSON, as Administrator of the Estate of ROSE F. GARSSON, Deceased, Suing on Behalf of Herself and All Other Stockholders of National Rubber Machinery Company, Similarly Situated, Plaintiff, v. NATIONAL RUBBER MACHINERY COMPANY, Respondent; NILS FLORMAN, Appellant, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, P. J., Breitel, Rabin, Frank and McNally, JJ. [10 Misc 2d 569.]

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSE CASTRO ESCALONE, Appellant.— Order unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, Frank and McNally, JJ.